Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 15 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO ZARAGOZA,<br><br>Defendant. | **1:25-CR-2090-SAB**<br><br>INDICTMENT<br><br>18 U.S.C. §§ 922(g), 924(a)(8)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. § 924(d), 28 U.S.C.<br>§ 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about July 1, 2024, in the Eastern District of Washington, the Defendant, ROBERTO ZARAGOZA, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Springfield Armory .45 Caliber Micro Compact pistol bearing serial number LW445922, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegation contained in this Indictment is hereby realleged and incorporated herein by this reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, ROBERTO ZARAGOZA, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Springfield Armory .45 Caliber Micro Compact pistol bearing serial number LW445922.

DATED this 15 day of July, 2025.

A TRUE BILL



Stephanie Van Marter
Acting United States Attorney

Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 2